**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-2220**

———————

JEAN EMMANUEL FRANCIME,

             Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

             Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  May 19, 2009              Decided:  June 5, 2009

———————

Before TRAXLER, DUNCAN, and AGEE, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

John E. Gallagher, Catonsville, Maryland, for Petitioner. Michael F. Hertz, Acting Assistant Attorney General, Mary Jane Candaux, Assistant Director, Robbin K. Blaya, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean Emmanuel Francime, a native and citizen of Haiti, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his applications for relief from removal.

Francime challenges the determination that he failed to establish eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Francime fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Francime cannot meet the more stringent standard for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED